**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED

Apr 07, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:22-CR-00099 DAD-BAM |
| JESUS DEL VILLAR | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of          JESUS DEL VILLAR

Detained at          Substance Abuse Treatment Facility and State

(custodian):          Prison, Corcoran, 900 Quebec Avenue, Corcoran,

Detainee is:          a.)   ☒ charged in this district by:  ☐ Indictment ☒ Information ☐ Complaint
                                   charging detainee      Title 21 U.S.C. §§ 846, 841(a)(1)

          or          b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:          a.)   ☐ return to the custody of detaining facility upon termination of proceedings

          or          b.)   ☒ be retained in federal custody until final disposition of federal charges, as a
                                   is currently being served at the detaining facility

*Appearance is necessary on April 13, 2022, at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio |
| Attorney of Record for: | United States of America |

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on April 13, 2022,** for an appearance at **2:00 p.m.** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: _____4/7/22_____          _____
                                   Honorable Barbara A. McAuliffe
                                   U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | "Chuy" | Male | Female |
| Booking or CDC | AS6604 | | |
| Facility Address: | 900 Quebec Avenue, Corcoran, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____          _____
                                         (signature)