PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00099-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING, ORDER** |
| vs. | Date: July 25, 2022 |
| JESUS DEL VILLAR, | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing scheduled for July 25, 2022, may be continued to November 7, 2022, at 9:00 a.m., or the soonest time thereafter convenient to the court.

Jesus Del Villar pled guilty on May 2, 2022. He is currently detained pending sentencing. This continuance is requested to allow time for the defendant to satisfy his obligations pursuant the plea agreement. Because Mr. Del Villar has pleaded guilty, the Speedy Trial Act does not apply and no exclusion of time is necessary.

PHILLIP A. TALBERT
United States Attorney

DATED: June 13, 2022   By   */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorneys for Plaintiff

DATED: June 13, 2022              By     */s/ John Garland*
                                         JOHN GARLAND
                                         Attorney for Defendant
                                         Jesus Del Villar

## ORDER

For the reasons set forth above and pursuant to the parties' stipulation, the sentencing hearing in this case is continued to November 7, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **June 13, 2022**                    _Dale A. Drozd_
                                              UNITED STATES DISTRICT JUDGE