PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00099-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING ORDER** |
| vs. | Date: November 7, 2022 |
| JESUS DEL VILLAR, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Ana de Alba |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the sentencing scheduled for November 7, 2022, may be continued to April 3, 2023, at 8:30 a.m., or the soonest time thereafter convenient to the court.

Jesus Del Villar pled guilty on May 2, 2022. He is currently detained pending sentencing. This continuance is requested to allow time for the defendant to satisfy his obligations pursuant the plea agreement. Because Mr. Del Villar has pleaded guilty, the Speedy Trial Act does not apply and no exclusion of time is necessary.

PHILLIP A. TALBERT
United States Attorney

DATED: September 15, 2022     By    */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorneys for Plaintiff

DATED: September 15, 2022      By     */s/ John Garland*
                                       JOHN GARLAND
                                       Attorney for Defendant
                                       Jesus Del Villar

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above the sentencing is continued to April 3, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   September 15, 2022                    _____
                                               UNITED STATES DISTRICT JUDGE